UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARCO NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MINGLIAN (USA) INVESTMENT LTD., *et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-00826-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff Harco National Insurance Company's Response to the Court's Order to Show Cause Regarding Subject Matter Jurisdiction. Dkt. # 5. The Court concludes that Plaintiff has made a sufficient showing of diversity jurisdiction at this stage and thus discharges its Order to Show Cause, Dkt. # 4.

Dated this 13th day of May, 2025.

John H. Chun
United States District Judge

ORDER - 1