UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARCO NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MINGLIAN (USA) INVESTMENT LTD, et al., <br><br> Defendants. | CASE NO. 2:25-cv-00826-JHC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  Per the request at Dkt. # 19, the Court GRANTS Plaintiff leave to file a motion for default judgment on or before May 4, 2026.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 5th day of March 2026.

Joshua C. Lewis
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1