UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARCO NATIONAL INSURANCE COMPANY, a foreign corporation,<br><br>      Plaintiff,<br><br> v.<br><br>MINGLIAN (USA) INVESTMENT LTD., a Washington corporation; MINGLIAN UW INVESTMENT, LLC, a Washington limited liability company; GREENLAKE REALTY, LLC, a Washington limited liability company; GREENLAKE REALTY II, LLC, a Washington limited liability company; MINGLIAN HOLDINGS LTD., a foreign corporation; SEAN HUANG and JANE HUANG, individually and their marital community,<br><br>      Defendants. | NO. 2:25-cv-00826-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS MINGLIAN (USA) INVESTMENT LTD; MINGLIAN UW INVESTMENT, LLC; GREENLAKE REALTY, LLC; GREENLAKE REALTY II, LLC; MINGLIAN HOLDINGS LTD; SEAN HUANG; AND JANE HUANG |

This matter comes before the Court on Plaintiff Harco National Insurance Company's Motion for Entry of Default Judgment against Defendants Minglian (USA) Investment LTD.; Minglian UW Investment, LLC; Greenlake Realty, LLC; Greenlake Realty II, LLC; Minglian Holdings LTD.; Sean Huang; and Jane Huang (collectively, the "Indemnitors"). The Court considered the motion and relevant record and finds that:

Order of Default Judgment Against Defendants – Page 1

1. The Clerk entered an Order of Default against the Indemnitors on September 26, 2025 (Dkt. # 17);

2. The Indemnitors have failed to appear or otherwise defend in this action;

3. The Court agrees with the analysis presented in the motion, including the application of the *Eitel* factors. *See Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986).

Accordingly, Harco's Motion for Entry of Default Judgment Against Defendants Minglian (USA) Investment LTD.; Minglian UW Investment, LLC; Greenlake Realty, LLC; Greenlake Realty II, LLC; Minglian Holdings LTD.; Sean Huang; and Jane Huang is GRANTED. The Court will enter Judgment as follows:

1. Judgment Creditors:            Harco National Insurance Company

2. Judgment Debtors:              Minglian (USA) Investment LTD.
                                  Minglian UW Investment, LLC
                                  Greenlake Realty, LLC
                                  Greenlake Realty II, LLC
                                  Minglian Holdings LTD.
                                  Sean Huang
                                  Jane Huang

3. Principal Judgment Amount:     $112,310.43

4. Pre-Judgment Interest at 12%:  Reserved. To be determined by post-judgment briefing, if any.

5. Attorney Fees through          Included in Principal Judgment
   April 10, 2026:

6. Attorney Fees Post
   April 10, 2026:                Reserved. To be determined by post-judgment briefing, if any.

7. Costs:                         Included in Principal Judgment.

8. Total Judgment Amount:         $112,310.43

8. Post Judgment Interest:        12% per annum.

Order of Default Judgment Against Defendants – Page 2

9.    Attorney's Fees Interest:        12% per annum.

10.   Attorney for Judgment Creditors:   Paul K. Friedrich
                                         92 Lenora Street, Suite 119
                                         Seattle, WA, 98121
                                         Paulf@fdlawpllc.com


IT IS FURTHER ORDERED that final judgment will be entered against Defendants Minglian (USA) Investment LTD.; Minglian UW Investment, LLC; Greenlake Realty, LLC; Greenlake Realty II, LLC; Minglian Holdings LTD.; Sean Huang; and Jane Huang, jointly and severally, in the total amount of $112,310.43. Harco is entitled to pre-judgment interest from the date of each loss until paid in full.  The amount of pre-judgment interest awarded may be determined by supplemental briefing submitted by Harco.  Harco is further entitled to recover supplemental attorney fees and costs incurred after April 10, 2026, and may submit a declaration in support of the same.  Harco is also entitled to post-judgment interest at the rate of 12% per annum on all amounts awarded under this judgment until fully satisfied.

**IT IS SO ORDERED.**

Dated this 4th day of May, 2026.


John H. Chun
United States District Judge


Order of Default Judgment Against Defendants – Page 3